# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARK WHITE, SR., d/b/a TOKYO NIGHTS,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF MEMPHIS, PAUL YOUNG, SHELBY COUNTY, and JONATHAN SKRMETTI<br><br>  Defendants. | No. 2:24-cv-2340-SHL-atc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint, (ECF No. 2), filed May 21, 2024.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Voluntary Stipulation of Dismissal With Prejudice, (ECF No. 37), filed September 26, 2024, all claims by Plaintiff against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 29, 2024
Date